*William Tyack et al.* v. *Reuben Bromley et al.* F. B. Cutting, for appellants; B F. Butler and H. S. Mackay, for respondents. Order appealed from, modified so as to

limit its operation to the cases in which the complainants are expressly authorized to act by the 5th section of the act of February 1819. Neither party to have costs as against the other, upon the appeal.